IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 25 PM 1:0.

ROBERT R. DI ___
CLERK, U.S. DI___ ___.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>_John Knox_ )<br>_____ )<br>_____ )<br>_____ )<br><br>Defendant(s). ) | Criminal No. 04-20134 Ml<br><br>**(30-Day Continuance)** |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the May, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, May 27, 2005, with trial to take place on the June, 2005 rotation calendar with the time excluded under the Speedy Trial Act through June 17, 2005. Agreed in open court at report date this 22nd day of April, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-28-05

(51)

SO ORDERED this 22nd day of April, 2005.

                                                              _____
                                                              JON PHIPPS McCALLA
                                                              UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney


_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT