M1

FILED BY _____ D.C.
05 JUN -6 PM 5:01
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY _____ D.C.
2005 JUN -2 PM 1:04
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

V.                                          Criminal No. 04-20134M1

JOHN KNOX,
Defendant

MOTION GRANTED
Reset to Wed.
July 6, 2005 at 8:45 a.m.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

June 6, 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-7-05

MOTION FOR CONTINUANCE

Comes now the Defendant John Knox by and through his attorney of record Handel R. Durham, Jr. and moves this honorable Court to continue the change of plea date originally scheduled by the Court on Thursday, June 9, 2005 at 10 a.m. to Thursday, June 16, 2005 for the afternoon hour.

Counsel for Defendant John Knox inadvertently overlooked a trial scheduled for that day and immediately contacted the judge's clerk to alert him of the conflict.

Wherefore, premises considered, the Defendant respectfully moves this Court to continue the change of plea date from June 9, 2005 until June 16, 2005 for the afternoon calendar. David Pritchard, counsel for the government, does not oppose this Motion.

Respectfully submitted,

_____
Handel R. Durham, Jr.
Attorney for Defendant John Knox
100 N Main Bldg, Suite 2601
Memphis, TN 38103
Phone: (901) 543-0866
Fax:    (901) 543-0865

55

Certification of Service

I, hereby, certify that a copy of the foregoing Motion was hand delivered to the Assistant U.S. Attorney, David Pritchard, 8th Floor, Federal Building, 167 N Main St, Memphis, Tennessee 38103 on this 31 day of May 2005.

_____
Handel R. Durham, Jr.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT