$\mathcal{M}$

FILED BY _____ .D.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

05 JUL 28 PM 1:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,
    Plaintiff

V.
                                Criminal No.  04-20134MI

JOHN KNOX,
    Defendant

---

## MOTION FOR CONTINUANCE

---

Comes now the Defendant John Knox by and through his attorney of record,

Handel R. Durham, Jr. and moves this honorable Court to continue the trial date

originally scheduled for Monday, August 1, 2005 at 10 a.m. to the September rotation

docket.

Counsel for Defendant John Knox needs additional time to prepare for trial and is

scheduled to leave town for 10 day as of August the 4th.

Wherefore, premises considered, the Defendant respectfully moves this Court to

continue the trial date until the September rotation docket. David Pritchard, counsel for

the government, does not oppose this Motion.

Respectfully submitted,

MOTION GRANTED _____

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

_____ 2005
        DATE

Handel R. Durham, Jr.
Attorney for Defendant John Knox
100 N Main Bldg, Suite 2601
Memphis, TN 38103
Phone: (901) 543-0866
Fax:    (901) 543-0865

1

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _____

63

<u>Certification of Service</u>

I, hereby, certify that a copy of the foregoing Motion was hand delivered to the Assistant U.S. Attorney, David Pritchard, 8th Floor, Federal Building, 167 N Main St, Memphis, Tennessee 38103 on this 28th day of July, 2005.

_____
Attorney for Defendant

**2**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT