IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -8 PM 3: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

```
UNITED STATES OF AMERICA      )
                              )
     Plaintiff,               )
                              )
VS                            )       CR. NO. 04-20134-Ml
                              )
JOHN KNOX                     )
                              )
     Defendant(s)             )
                              )
```

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for Trial on August 3, 2005 at 9:30 a.m. Counsel for the defendant requested a continuance of the present setting.  The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for Trial to Tuesday, August 23, 2005 at 9:30 a.m.

The period from August 12, 2005 through September 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the _____5_____ day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-9-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT