IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -2 PM 4: 21

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 04-20134-Ml |
| ) | |
| JOHN KNOX ) | |
| ) | |
| Defendant. ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on August 29, 2005, the United States Attorney for this District, David Pritchard, representing the Government, and the defendant, John Knox, appearing in person and with counsel, Handel Durham.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on September 1, 2005, and announced a verdict of GUILTY as to Count 4 of the Indictment. The jury was not able to reach a verdict as to Counts 1, 2, 3 and 5 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING as to Count 4** is **SET** on **THURSDAY, DECEMBER 1, 2005 at 9:00 A.M.** in Courtroom Number 4, 9th Floor, before Judge Jon Phipps McCalla.

A mistrial was declared **as to Counts 1, 2, 3 and 5** and those counts were set for Friday, September 23, 2005 at 9:00 A.M. for Report with a trial date of Monday, October 3, 2005 at 9:30 A.M.

**As to Counts 1, 2, 3 and 5**, the period from September 16, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(A) because the ends of justice outweigh the need for a speedy trial.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-6-05

Defendant was remanded to the custody of the United States Marshal.

ENTERED this the __2__ day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT