IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT -3 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 04-20134-Ml |
| vs. ) | |
| ) | |
| JOHN KNOX, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Before the court is the government's motion to dismiss Counts One, Two, Three and Five of the Indictment. For good cause shown, the motion is granted.

Entered this _3_ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 10/3/05

Approved by: _____
Special Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-3-05

84

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 84 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT