FILED BY........_____D.C.

05 NOV 30 AM 4:12

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY..JSM_____D.C.

NOV 29 PM 4:23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.

JOHN KNOX

  Defendant

DOCKET NO. 04CR20134-MI

MOTION GRANTED
Reset to: Thurs. 12/22/05 at 10:30 am.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
11/30/05
DATE

## MOTION FOR CONTINUANCE

Comes now the Defendant-movant, John Knox, by and through his attorney, Handel R. Durham, Jr., and respectfully moves this Court for an Order to continue the above titled action. This Order is requested to allow attorney additional time to confer with client and to file a position paper. Counsel for the government does not oppose this continuance.

Wherefore, Defendant-movant John Knox duly request that hearing date be continued.

Respectfully submitted

Handel R. Durham, Jr.
Attorney at Law
100 N Main Bldg, Suite 2601
Memphis, Tennessee 38103
Tel. No. (901) 543-0866
Fax No. (901) 543-0865

(1)

12-1-05

(87)

## Certification

I, hereby, certify that a copy of the foregoing Motion was duly forwarded to David Pritchard, Assistant United States Attorney, 167 N. Main St., Suite 800, Memphis, Tennessee this 29 day of November 2005.

_____
Handel R. Durham, Jr.
Attorney for Defendant John Knox

(2)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT