FILED BY ___ D.C.

05 DEC 19 PM 5:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 DEC 15 AM 11:17

UNITED STATES OF AMERICA,
    Plaintiff

V.

JOHN KNOX,
    Defendant

Criminal No. 04-20134 M1

**MOTION GRANTED**
Reset to Friday
Feb. 10, 2006
@ 3:00 p.m.

JON P. McCALLA
U.S. DIST.

Dec. 19 2005
DATE

## MOTION TO CONTINUE SENTENCING

Comes now the Defendant John Knox by and through his attorney of record, Handel R. Durham, Jr. and respectfully moves this honorable Court for an Order to continue sentencing date in the above titled action. The basis for the continuance is Defendant Knox has serious questions concerning calculations within the pre-sentence report and counsel for Defendant will need additional time of at least thirty (30) days to meet with Mr. Knox to review this and to research the records.

Wherefore, Defendant John Knox duly request that this hearing date be continued.

Respectfully submitted,

_____
Handel R. Durham, Jr.
Attorney for Defendant John Knox
100 N Main Bldg, Suite 2601
Memphis, TN 38103
Phone: (901) 543-0866
Fax:    (901) 543-0865

12-20-05

(92)

## Certification of Service

I, hereby, certify that a copy of the foregoing Motion was hand delivered to the Assistant U.S. Attorney, David Pritchard, 8th Floor, Federal Building, 167 N Main St, Memphis, Tennessee 38103 on this _14_ day of _December_, 2005.

Handel R. Durham, Jr.
Attorney for Defendant John Knox

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CR-20134 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT